NO 10-14-00156-CR

PD-1348-15

IN THE
COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

MICHAEL DON POGUE
V.
THE STATE OF TEXAS

COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

FROM APPEAL NO. 10-14-00156-CR
TRIAL CAUSE NO. F48332

## MOTION TO SUPSEND T.R.A.P. RULE 9.3 (b) (1) PAPER COPIES OF DOCUMENT FILED IN PAPER FORM

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS;

COMES NOW, MICHAEL DON POGUE, APPEALANT, and files this motion to supsend T.R.A.P. Rule 9.3 (b) (1), Paper copies of Document Filed in Paper Form. In support of this motion, appellant shows the court the following.

### I

The appellant was convicted in the 413TH Court of Johnson County of an felony offense and is currently housed in the Polunsky Unit of Texas Department of Criminal Justice in Polk County, Texas.

### II

Appellant's request is based on his incarceration and that he does not have access to a copier to meet to requirements of providing 11 copies under Rule 9.3 (b) (1) of the Texas Rules of Appellant Procedures.

WHEREFORE, Appellant prays the court will grant this Motion to Supsend T.R.A.P. Rule 9.3 (b) (1).

- PAGE 1 -

# CERTIFICATE OF SERVICE

I, MICHAEL POGUE, certify that a true and correct copy of the above and foregoing Motion to Supsend T.R.A.P. Rule 9.3 (b)(1) Paper Copies of Document Filed in Paper Form, has been forwarded by U.S. Mail, postage prepaid, First Class, to the Attorney for State, Dale S. Hanna, at 204 S. Buffalo Ave., Suite 209, Cleburne, Texas. 76033, and to the State Prosecuting Attorney, at P.O. BOX 1748, Austin, Texas 78767-1748, on this the 8TH day of November, 2015.

Michael Pogue
Appellant, pro se

I, Michael Pogue, TDCJ # 1932517, being presently incarcerated in the Polunsky Unit of the Texas Department of Criminal Justice in Polk County, Texas, verify and declare under penalty of prejury that the foregoing statements are true and correct, Executed on this the 8TH day of November, 2015.

Michael Pogue
TDCJ # 1932517